**STATE v. VOGT**

[364 N.C. 425 (2010)]

STATE OF NORTH CAROLINA v. ROBERT PETER VOGT, JR.

No.·465A09

(Filed 8 October 2010)

. Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 200 N.C. App. ——, 685 S.E.2d 23 (2009), affirming an order entered on 3 July 2008 by Judge Beverly T. Beal in Superior Court, Mecklenburg County. Heard in the Supreme Court 17 February 2010.

*Roy Cooper, Attorney General, by Peter A. Regulski, Assistant Attorney General, for the State.*

*William D. Auman for defendant-appellant.*

PER CURIAM.

For the reasons stated in *State v. Bowditch,* —— N.C. ——, —— S.E.2d —— (2010) (448PA09), the decision of the Court of Appeals is affirmed.

AFFIRMED.

Chief Justice PARKER and Justices TIMMONS-GOODSON and HUDSON dissent for the reasons stated in the dissenting opinion in *State v. Bowditch,* —— N.C. ——, —— S.E.2d —— (2010) (448PA09).

**STATE v. ANDERSON**

[364 N.C. 426 (2010)]

STATE OF NORTH CAROLINA )
)
v. ) ORDER
)
BILLY RAYMOND ANDERSON )

No. 269A00

The motions filed by defendant with this Court on 10 August 2010 are determined as follows:

1. Defendant's Motion to Dismiss Appellant's Motion Filed in this Court Under the North Carolina Racial Justice Act Without Prejudice to File a Motion Under the Racial Justice Act in Post-Conviction Proceedings If Appellant Is Not [ ] Granted Relief on Direct Appeal or in His Pending MAR filed Pursuant to N.C. Gen. Stat. Sec. 15A-2006 is DISMISSED.

2. Defendant's Motion in the Alternative to Remand to the Superior Court of Craven County for an Evidentiary Hearing and Other Proceedings is DISMISSED.

3. Defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act is DISMISSED WITHOUT PREJUDICE.

Further proceedings in defendant's appeal before this Court are stayed until after the trial court's hearing and determination of defendant's Motion for Appropriate Relief pursuant to N.C.G.S. § 15A-2005, *see, State v. Anderson*, 355 N.C. 136, 558 S.E.2d 87 (2002), and defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act filed in Superior Court, Craven County.

By Order of the Court in Conference, this 7th day of September 2010.

Hudson, J.
For the Court

**STATE v. BARDEN**

[364 N.C. 427 (2010)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| IZIAH BARDEN | ) | |

No. 96A01-3

The motions filed by defendant with this Court on 10 August 2010 are determined as follows:

1. Defendant's Motion to Dismiss Appellant's Motion Filed in this Court Under the North Carolina Racial Justice Act Without Prejudice to File a Motion Under the Racial Justice Act in Post-Conviction Proceedings If Appellant Is Not [ ] Granted Relief on Direct Appeal is DISMISSED.

2. Defendant's Motion in the Alternative to Remand to the Superior Court of Sampson County for an Evidentiary Hearing and Other Proceedings is DISMISSED.

3. Defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act is DISMISSED WITHOUT PREJUDICE.

Further proceedings in defendant's appeal before this Court are stayed until after the trial court's hearing and determination of defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act filed in Superior Court, Sampson County.

By Order of the Court in Conference, this 7th day of September 2010.

<u>Hudson, J.</u>
For the Court

**STATE v. LITTLE**

[364 N.C. 428 (2010)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES RAY LITTLE III | ) | |

No. 221A09

The motions filed by defendant with this Court on 10 August 2010 are determined as follows:

1. Defendant's Motion to Dismiss Appellant's Motion Filed in this Court Under the North Carolina Racial Justice Act Without Prejudice to File a Motion Under the Racial Justice Act in Post-Conviction Proceedings If Appellant Is Not Granted Relief on Direct Appeal is DISMISSED.

2. Defendant's Motion in the Alternative to Remand to the Superior Court of [Forsyth] County for an Evidentiary Hearing and Other Proceedings is DISMISSED.

3. Defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act is DISMISSED WITHOUT PREJUDICE.

This case is removed from the 7 September 2010 oral arguments calendar, and further proceedings in defendant's appeal before this Court are stayed until after the trial court's hearing and determination of defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act filed in Superior Court, Forsyth County.

By Order of the Court in Conference, this 7th day of September 2010.

Hudson, J.
For the Court

## STATE v. SHERRILL

[364 N.C. 429 (2010)]

| STATE OF NORTH CAROLINA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL WAYNE SHERRILL | ) | |

No. 246A09

The motions filed by defendant with this Court on 10 August 2010 are determined as follows:

1. Defendant's Motion to Dismiss Appellant's Motion Filed in this Court Under the North Carolina Racial Justice Act Without Prejudice to File a Motion Under the Racial Justice Act in Post-Conviction Proceedings If Appellant Is Not [ ] Granted Relief on Direct Appeal is DISMISSED.

2. Defendant's Motion in the Alternative to Remand to the Superior Court of Mecklenburg County for an Evidentiary Hearing and Other Proceedings is DISMISSED.

3. Defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act is DISMISSED WITHOUT PREJUDICE.

Further proceedings in defendant's appeal before this Court are stayed until after the trial court's hearing and determination of defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act filed in Superior Court, Mecklenburg County.

By Order of the Court in Conference, this 7th day of September 2010.

Hudson, J.
For the Court

**STATE v. BACOTE**

[364 N.C. 430 (2010)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HASSON JAMAAL BACOTE | ) | |

No. 360A09

The motions filed by defendant with this Court on 10 August 2010 are determined as follows:

1. Defendant's Motion to Dismiss Appellant's Motion filed in this Court Under the North Carolina Racial Justice Act Without Prejudice to File a Motion Under the Racial Justice Act in Post-Conviction Proceedings If Appellant Is Not [ ] Granted Relief on Direct Appeal is DISMISSED.

2. Defendant's Motion in the Alternative to Remand to the Superior Court of [Johnston] County for an Evidentiary Hearing and Other Proceedings is DISMISSED.

3. Defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act is DISMISSED WITHOUT PREJUDICE.

Further proceedings in defendant's appeal before this Court are stayed until after the trial court's hearing and determination of defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act filed in Superior Court, Johnston County.

By Order of the Court in Conference, this 7th day of September 2010.

<u>Hudson, J.</u>
For the Court

**STATE v. REYNOLDS**

[364 N.C. 431 (2010)]

| STATE OF NORTH CAROLINA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN ROSWELL REYNOLDS, JR. | ) | |

No. 1P10

The State's Petition for Writ of Certiorari to review the order of Caswell County, Superior Court, is allowed for the limited purpose of remanding to the trial court for reconsideration in light of *Jones v. Keller*, 364 N.C. 249, 698 S.E.2d 49 (2010).

By order of this Court in Conference, this 7th day of October, 2010.

<u>Timmons-Goodson, J.</u>
For the Court

**STATE v. RYAN**

[364 N.C. 432 (2010)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL PATRICK RYAN | ) | |

No. 366A10

The motions filed by defendant with this Court on 10 August 2010 are determined as follows:

1. Defendant's Motion to Dismiss Appellant's Motion Filed in this Court Under the North Carolina Racial Justice Act Without Prejudice to File a Motion Under the Racial Justice Act in Post-Conviction Proceedings If Appellant Is Not Granted Relief on Direct Appeal is DISMISSED.

2. Defendant's Motion in the Alternative to Remand to the Superior Court of Gaston County for an Evidentiary Hearing and Other Proceedings is DISMISSED.

3. Defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act is DISMISSED WITHOUT PREJUDICE.

Further proceedings in defendant's appeal before this Court are stayed until after the trial court's hearing and determination of defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act filed in Superior Court, Gaston County.

By Order of the Court in Conference, this 7th day of September 2010.

Hudson, J.
For the Court

**STATE v. RAMSEUR**

[364 N.C. 433 (2010)]

| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDREW DARRIN RAMSEUR | ) | |

No. 388A10

The motions filed by defendant with this Court on 10 August 2010 are determined as follows:

1. Defendant's Motion to Dismiss Appellant's Motion Filed in this Court Under the North Carolina Racial Justice Act Without Prejudice to File a Motion Under the Racial Justice Act in Post-Conviction Proceedings If Appellant Is Not Granted Relief on Direct Appeal is DISMISSED.

2. Defendant's Motion in the Alternative to Remand to the Superior Court of Iredell County for an Evidentiary Hearing and Other Proceedings is DISMISSED.

3. Defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act is DISMISSED WITHOUT PREJUDICE.

Further proceedings in defendant's appeal before this Court are stayed until after the trial court's hearing and determination of defendant's Motion for Appropriate Relief Pursuant to the Racial Justice Act filed in Superior Court, Iredell County.

By Order of the Court in Conference, this 7th day of September 2010.

Hudson, J.
For the Court

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Beckles-Palomares v. Logan<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 098P10 | Def's (City of Winston-Salem) PDR Under N.C.G.S. § 7A-31 (COA09-567) | Denied<br>10/07/10 |
| Campbell v. Duke Univ. Health Sys., Inc.<br><br>Case below:<br>203 N.C. App. ——<br>(16 March 2010) | No. 199P10 | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-581) | Denied<br>10/07/10 |
| Crook v. KRC Mgmt. Corp.<br><br>Case below:<br>206 N.C. App. ——<br>(3 August 2010) | No. 387P10 | Plts' Motion for Temporary Stay (COA09-936) | Allowed<br>09/07/10 |
| Cury v. Mitchell<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010) | No. 125P10 | 1. Def's (Mitchell) PDR (COA09-238)<br><br>2. Plt's (Cury) Conditional PDR | 1. Denied<br>10/07/10<br><br>2. Dismissed as Moot<br>10/07/10 |
| Hawkins v. SSC Hendersonville Operating Co., LLC<br><br>Case below:<br>202 N.C. App. ——<br>(2 March 2010) | No. 112P10 | Plt-Appellant's Motion for Temporary Stay (COA09-23) | Allowed<br>03/17/10 |
| In re J.H.K. & J.D.K.<br><br>Case below:<br>205 N.C. App. ——<br>(6 July 2010) | No. 369P10 | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA10-12) | Allowed<br>10/07/10 |
| In re Y.Y.E.T.<br><br>Case below:<br>205 N.C. App. ——<br>(6 July 2010) | No. 343P10 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA10-14) | Denied<br>10/07/10 |
| Lawson v. Electronic Data Sys. Corp.<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 236P10 | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-1106) | Denied<br>10/07/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| McCaskill v. Department of State Treasurer<br><br>Case below:<br>204 N.C. App. ——<br>(15 June 2010) | No. 292A10 | 1. Petitioner's NOA (Dissent) (COA09-778)<br><br>2. Petitioner's PDR as to Additional Issues | 1. ——<br><br>2. Allowed 10/07/10 |
| Munger v. State<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010)A | No. 130P10 | Plts' PDR Under N.C.G.S. § 7A-31 (COA09-375) | Allowed 10/07/10 |
| Rice v. Coholan<br><br>Case below:<br>205 N.C. App. ——<br>(6 July 2010) | No. 346P10 | 1. Plts' (J. Frederick & Donna Rice) PDR Under N.C.G.S. § 7A-31 (COA09-326)<br><br>2. Defs' (Donald & Teresa Coholan) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/07/10<br><br>2. Dismissed as Moot 10/07/10 |
| Rice v. Coholan<br><br>Case below:<br>205 N.C. App. ——<br>(20 July 2010) | No. 347P10 | Plts' (J. Frederick & Donna Rice) PDR Under N.C.G.S. § 7A-31 (COA09-1034) | Denied 10/07/10 |
| Scheerer v. Fisher<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 077P10 | Defs' PDR Under N.C.G.S. § 7A-31 (COA09-236) | Denied 10/07/10 |
| Scott v. City of Charlotte<br><br>Case below:<br>203 N.C. App. ——<br>(20 April 2010) | No. 224P10 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA09-893)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/07/10<br><br>2. Dismissed as Moot 10/07/10 |
| Shay v. Rowan Salisbury Schools<br><br>Case below:<br>205 N.C. App. ——<br>(20 July 2010) | No. 312A10 | Plt's Motion to Dismiss Appeal (COA09-1587) | Allowed 09/22/10 |
| Shupe v. City of Charlotte<br><br>Case below:<br>205 N.C. App. ——<br>(6 July 2010) | No. 339P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1555) | Denied 10/07/10 |
| State v. Allen<br><br>Case below:<br>203 N.C. App. ——<br>(16 March 2010) | No. 173P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1259) | Denied 10/07/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Anderson<br><br>Case below:<br>198 N.C. App. ——<br>(7 July 2009) | No. 326P09 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA08-1523) | Denied<br>10/07/10 |
| State v. Armstrong<br><br>Case below:<br>203 N.C. App. ——<br>(20 April 2010) | No. 188P10 | 1. Def's NOA Based Upon A<br>Constitutional Question (COA09-1276)<br><br>2. State's Motion to Dismiss Appeal<br><br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>10/07/10<br><br>3. Denied<br>10/07/10 |
| State v. Bare<br><br>Case below:<br>196 N.C. App. ——<br>(16 June 2009) | No. 297P09 | Def-Appellant's PDR Under N.C.G.S.<br>§ 7A-31 (COA08-818) | Denied<br>10/07/10 |
| State v. Biber<br><br>Case below:<br>206 N.C. App. ——<br>(7 September 2010) | No. 423A10 | 1. State's Motion for Temporary Stay<br>(COA09-331)<br><br>2. State's Petition for Writ of<br>Supersedeas | 1. Allowed<br>09/27/10<br><br>2. Allowed<br>09/27/10 |
| State v. Bombo<br><br>Case below:<br>205 N.C. App. ——<br>(6 July 2010) | No. 335P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1339) | Denied<br>10/07/10 |
| State v. Brennan<br><br>Case below:<br>203 N.C. App. ——<br>(4 May 2010) | No. 211P10 | State's Motion for Temporary Stay<br>(COA09-1362) | Allowed<br>05/21/10 |
| State v. Brewington<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 235P10 | State's Motion for Temporary Stay<br>(COA09-956) | Allowed<br>06/04/10 |
| State v. Bunting<br><br>Case below:<br>204 N.C. App. ——<br>(15 June 2010) | No. 301P10 | 1. Def's NOA Based Upon a<br>Constitutional Question (COA09-1679)<br><br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>10/07/10<br><br>2. Denied<br>10/07/10 |
| State v. Cecil<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010)A | No. 127P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-724) | Denied<br>10/07/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Chestang<br><br>Case below:<br>206 N.C. App. ——<br>(3 August 2010) | No. 375P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1500) | Denied<br>10/07/10 |
| State v. Choudhry<br><br>Case below:<br>206 N.C. App. ——<br>(17 August 2010) | No. 409A10 | 1. Def's NOA (Dissent) (COA09-773)<br><br>2. Def's PDR as to Additional Issues<br>(COA09-773) | 1. ——<br><br>2. Denied<br>10/07/10 |
| State v. Clodfelter<br><br>Case below:<br>203 N.C. App. ——<br>(16 March 2010) | No. 135P10 | 1. Def's (Jessup) PDR Under N.C.G.S.<br>§ 7A-31 (COA09-356)<br><br>2. Def's (Clodfelter) NOA Based Upon A<br>Constitutional Question<br><br>3. State's Motion to Dismiss Appeal<br><br>4. Def's (Clodfelter) PDR Under<br>N.C.G.S. § 7A-31 | 1. Denied<br>10/07/10<br><br>2. ——<br><br>3. Allowed<br>10/07/10<br><br>4. Denied<br>10/07/10 |
| State v. Craven<br><br>Case below:<br>205 N.C. App. ——<br>(20 July 2010) | No. 322P10 | State's Motion for Temporary Stay<br>(COA09-1138) | Allowed<br>08/05/10 |
| State v. Curry<br><br>Case below:<br>203 N.C. App. ——<br>(20 April 2010) | No. 201P10 | 1. Def's NOA Based Upon A<br>Constitutional Question (COA09-547)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>10/07/10<br><br>3. Denied<br>10/07/10 |
| State v. Elliott<br><br>Case below:<br>Moore County<br>Superior Court | No. 184A04-2 | Def's PWC to Review Order of Moore<br>County Superior Court | Denied<br>10/07/10 |
| State v. Goble<br><br>Case below:<br>205 N.C. App. ——<br>(6 July 2010) | No. 330P10 | Def's Motion for PDR (COA09-1192) | Denied<br>10/07/10 |
| State v. Goodwin<br><br>Case below:<br>190 N.C. App. 570 | No. 292P08-2 | Def's Motion for Writ of Certiorari to<br>Review Order of COA (COA07-1028 and<br>COAP-10-521) | Dismissed<br>10/07/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Hagin<br><br>Case below:<br>203 N.C. App. —<br>(20 April 2010) | No. 191P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1092) | Denied<br>10/07/10 |
| State v. Jarrett<br><br>Case below:<br>203 N.C. App. —<br>(4 May 2010) | No. 237P10 | 1. Def's NOA Based Upon a Constitutional Question (COA09-1036)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed<br>10/07/10<br><br>3. Denied<br>10/07/10 |
| State v. Jones<br><br>Case below:<br>205 N.C. App. —<br>(6 July 2010) | No. 304P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1488) | Denied<br>10/07/10 |
| State v. Lederer-Hughes<br><br>Case below:<br>— N.C. App. —<br>(17 November 2009) | No. 512P09 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-280) | Denied<br>10/07/10 |
| State v. Lewis<br><br>Case below:<br>206 N.C. App. —<br>(17 August 2010) | No. 386P10 | State's Motion for Temporary Stay<br>(COA08-1595) | Allowed<br>09/07/10 |
| State v. Lytle<br><br>Case below:<br>204 N.C. App. —<br>(15 June 2010) | No. 295P10 | 1. Def's NOA Based Upon A Constitutional Question (COA09-1427)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed<br>10/07/10<br><br>3. Denied<br>10/07/10 |
| State v. Mabe<br><br>Case below:<br>205 N.C. App. —<br>(6 July 2010) | No. 299P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1648) | Denied<br>10/07/10 |
| State v. McCall<br><br>Case below:<br>191 N.C. App. 612 | No. 341P10 | Def's Motion for PDR Under N.C.G.S. § 7A-31 (COA07-1252) | Denied<br>10/07/10 |
| State v. McCravey<br><br>Case below:<br>203 N.C. App. —<br>(4 May 2010) | No. 218P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-712) | Denied<br>10/07/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. McNeill<br><br>Case below:<br>205 N.C. App. ——<br>(20 July 2010) | No. 324P10 | State's Motion for Temporary Stay (COA09-1585) | Allowed<br>08/06/10 |
| State v. Miller<br><br>Case below:<br>184 N.C. App. 190 | No. 403P10 | Def's Motion for PWC, and/or Any Other Available Relief Pursuant to the All Writs Act (COA06-1373) | Denied<br>10/07/10 |
| State v. Morrow<br><br>Case below:<br>200 N.C. App. ——<br>(6 October 2009) | No. 461A09 | Def's Motion for Appropriate Relief (COA08-867) | Denied<br>10/07/10 |
| State v. Murdock<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 082P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-615) | Denied<br>10/07/10 |
| State v. Norman<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 103P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-564) | Denied<br>10/07/10 |
| State v. O'Shields<br><br>Case below:<br>204 N.C. App. ——<br>(15 June 2010) | No. 310P10 | Def's Motion for PDR (COA09-1342) | Denied<br>10/07/10 |
| State v. Pastuer<br><br>Case below: .<br>205 N.C. App. ——<br>(20 July 2010) | No. 327P10 | State's Motion for Temporary Stay (COA09-1432) | Allowed<br>08/06/10 |
| State v. Peppers<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 105P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-772) | Denied<br>10/07/10 |
| State v. Pettigrew<br><br>Case below:<br>204 N.C. App. ——<br>(1 June 2010) | No. 277A10 | 1. Def's NOA Based Upon A Constitutional Question (COA09-1226)<br><br>2. State's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed<br>10/07/10 |
| State v. Phillips<br><br>Case below:<br>203 N.C. App. ——<br>(6 April 2010) | No. 177P10 | State's PDR Under N.C.G.S. § 7A-31 (COA09-1105) | Denied<br>10/07/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Pinkerton<br><br>Case below:<br>205 N.C. App. —<br>(20 July 2010) | No. 321A10 | 1. State's Motion for Temporary Stay (COA09-654)<br><br>2. State's Petition for Writ of Supersedeas | 1. Allowed 08/06/10<br><br>2. Allowed 08/18/10 |
|---|---|---|---|
| State v. Reynolds<br><br>Case below:<br>Caswell County Superior Court | No. 001PA10 | 1. State's Motion for Temporary Stay (COAP09-970)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PWC to Review Order of Caswell County Superior Court<br><br>4. Defendant's Motion to Hold Matter in Abeyance in *Brown* and *Jones* | 1. Allowed 01/05/10<br>Stay Dissolved 10/07/10<br><br>2. Denied 10/07/10<br><br>3. See Special Order Page 431<br><br>4. Dismissed as Moot 10/07/10 |
| State v. Roach<br><br>Case below:<br>200 N.C. App. —<br>(6 October 2009) | No. 457P09 | State's PDR Under N.C.G.S. § 7A-31 (COA08-720) | Denied 10/07/10 |
| State v. Rodriguez<br><br>Case below:<br>205 N.C. App. —<br>(20 July 2010) | No. 361P10 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1194) | Denied 10/07/10 |
| State v. Roughton<br><br>Case below:<br>201 N.C. App. —<br>(22 December 2009) | No. 009P10 | State's Motion for Temporary Stay (COA09-536) | Allowed 01/12/10 |
| State v. Santiano<br><br>Case below:<br>205 N.C. App. —<br>(6 July 2010) | No. 305P10 | Def's Motion for Temporary Stay (COA09-506) | Allowed 07/26/10 |
| State v. Stanley<br><br>Case below:<br>205 N.C. App. —<br>(20 July 2010) | No. 316P10 | 1. Def's Motion for Temporary Stay (COA09-1263)<br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 07/30/10<br>Stay Dissolved 10/07/10<br><br>2. Denied 10/07/10<br><br>3. Denied 10/07/10 |
| State v. Stewart<br><br>Case below:<br>202 N.C. App. —<br>(2 March 2010) | No. 109P10 | State's PDR Under N.C.G.S. § 7A-31 (COA09-928) | Denied 10/07/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Turner<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 264P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1116) | Denied<br>10/07/10 |
|---|---|---|---|
| State v. Vogt<br><br>Case below:<br>—— N.C. App. ——<br>(3 November 2009) | No. 465A09 | Def's Motion for Appropriate Relief<br>(COA08-1441) | Denied<br>10/07/10 |
| State v. Wagoner<br><br>Case below:<br>199 N.C. App. ——<br>(1 September 2009) | No. 396A09 | Def's Motion for Appropriate Relief<br>(COA08-982) | Denied<br>10/07/10 |
| State v. Wiggins<br><br>Case below:<br>205 N.C. App. ——<br>(6 July 2010) | No. 338P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1650) | Denied<br>10/07/10 |
| State v. Wooten<br><br>Case below:<br>206 N.C. App. ——<br>(17 August 2010) | No. 376P10 | Def's Motion for Temporary Stay<br>(COA09-1551) | Allowed<br>09/03/10 |
| State v. Wray<br><br>Case below:<br>206 N.C. App. ——<br>(17 August 2010) | No. 382P10 | State's Motion for Temporary Stay<br>(COA09-304) | Allowed<br>09/07/10 |
| State v. Wright<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2010) | No. 254P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-1062) | Denied<br>10/07/10 |
| State v. Yencer<br><br>Case below:<br>206 N.C. App. ——<br>(17 August 2010) | No. 365P10 | 1. State's Motion for Temporary Stay<br>(COA09-1)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's NOA Based Upon A<br>Constitutional Question<br><br>4. State's Alternative PDR Under N.C.G.S.<br>§ 7A-31<br><br>5. Def's Motion to Dismiss Appeal<br><br>6. Def's Conditional PDR Under N.C.G.S.<br>§ 7A-31 | 1. Allowed<br>08/26/10<br><br>2. Allowed<br>10/07/10<br><br>3. Retained<br>10/07/10<br><br>4. Allowed<br>10/07/10<br><br>5. Denied<br>10/07/10<br><br>6. Allowed<br>10/07/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State ex rel. Cooper v. Blue Ridge Tank Co.<br><br>Case below:<br>206 N.C. App. ——<br>(3 August 2010) | No. 391P10 | State's PDR Under N.C.G.S. § 7A-31 (COA09-1025) | Denied<br>10/07/10 |
| Stevenson v. N.C. Dep't of Corr.<br><br>Case below:<br>205 N.C. App. ——<br>(20 July 2010) | No. 326P10 | 1. Plt's NOA Based Upon A Constitutional Question (COA09-991)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu* 10/07/10<br><br>2. Denied 10/07/10 |
| Union Land Owners Ass'n. v. County of Union<br><br>Case below:<br>201 N.C. App. ——<br>(8 December 2009) | No. 010P10 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA09-35)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/07/10<br><br>2. Dismissed as Moot 10/07/10 |
| Washington v. Mahbuba<br><br>Case below:<br>203 N.C. App. ——<br>(20 April 2010) | No. 185A10 | 1. Plt's NOA Based Upon A Constitutional Question (COA09-968)<br><br>2. Plt's Motion for Temporary Stay<br><br>3. Plt's Petition for Writ of Supersedeas | 1. Dismissed *Ex Mero Motu* 10/07/10<br><br>2. Dismissed 08/25/10<br><br>3. Dismissed 08/25/10 |
| Williams v. Law Cos. Grp.<br><br>Case below:<br>204 N.C. App. ——<br>(18 May 2009) | No. 052P08-2 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-418) | Denied 10/07/10<br>**Hudson, J., Recused** |

## Petition to Rehear

| | | | |
|---|---|---|---|
| Sisk v. Transylvania Cmty. Hosp., Inc.<br><br>Case below:<br>364 N.C. App. 172 | No. 067PA09-2 | Plt's Petition for Rehearing | Denied 09/15/10 |